UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-241-PGB-DCI
  18 U.S.C. § 2251(a)
MARVIN FREDRICK WAGNER III  18 U.S.C. § 2252A(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about June 23, 2023, and continuing until on or about October 11, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MARVIN FREDRICK WAGNER III,

did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about October 11, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MARVIN FREDRICK WAGNER III,

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, the visual depiction being specifically identified in the computer file titled "chat~media_v4~2023-10-11-20-47-56UTC~annabelleer~karla1u2me~saved~b~EiQSFUJ4bnJqUjRwSndGMEtGdDZyME9WVBoAGgAyAQRIA1AEYAE~v4."

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and/or 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

　　a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: an Apple iPhone 11, which was seized from the defendant on March 20, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).



A TRUE BILL

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kaley Austin-Aronson
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARVIN FRANKLIN WAGNER

## INDICTMENT

Violation:

18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 25th day of September, 2024.

_____
Clerk

Bail  $_____

GPO 863 525